UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE PARKER #593090,

    Plaintiff,

v.

JEFFERY NORMINGTON, ET AL.,

    Defendants.
    _____/

Case No. 13-13670

Honorable Nancy G. Edmunds

### ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [30] AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [19]

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation [ECF No. 30]. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation and Plaintiff's Objections, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation, and GRANTS Defendants' motion for summary judgment [ECF No. 19].

    SO ORDERED.

                S/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated: July 31, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 31, 2014, by electronic and/or ordinary mail.

                S/Carol J. Bethel
                Case Manager